UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCALONA ZAMBRANO,<br><br>        Petitioner,<br><br>       v.<br><br>U.S. ATTORNEY GENERAL/ICE,<br><br>        Respondent. | No.  1:26-cv-02484-KES-CDB (HC)<br><br>ORDER DIRECTING RESPONDENT TO MAKE A SUPPLEMENTAL FILING<br><br>(Doc. 6) |

Petitioner Jose Escalona Zambrano ("Petitioner"), a federal immigration detainee proceeding pro se, initiated this action on April 1, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241, while in custody of Immigration and Customs Enforcement ("ICE") at the California City Immigration Processing Center.  (Doc. 1).

On April 2, 2026, following screening of Petitioner's petition, the Court set a briefing schedule on the petition and ordered Respondent to file a response addressing the merits or seeking dismissal of the petition.  (Doc. 5).  The Court ordered Respondent to include with the response copies of relevant portions of Petitioner's A-File and other supporting documents, including notices to appear, orders relating to Petitioner's release from custody, and documents related to any asserted violations of release conditions or any asserted change of circumstances warranting Petitioner's re-detention.  *Id*.

On April 13, 2026, Respondent timely filed a response to the petition (Doc. 6), attaching

1

thereto (1) a Notice to Appear (Form I-892) dated June 6, 2024 (Doc. 6-1) reflecting that Petitioner had been placed in removal proceedings pursuant to Section 240 of the Immigration and Naturalization Act, and (2) a "Record of Deportable/Inadmissible Alien" dated February 18, 2026 (Doc. 6-2).

Although publicly available records from the Executive Office for Immigration Review reflect that Petitioner has been in removal proceedings since June 18, 2024, Respondent's response to the petition does not acknowledge or provide any information relating to Petitioner's apparent release from custody upon his encounter with immigration authorities in June 2024. Accordingly, the Court will direct Respondent to file a supplemental brief addressing the issue of Petitioner's prior encounter with and release by immigration authorities in or about June 2024.

**Conclusion and Order**

For the reasons set forth above, it is HEREBY ORDERED that Respondent SHALL FILE, no later than **May 6, 2026**, a supplemental response to the petition (1) addressing whether and when Petitioner was released from custody by immigration authorities, as described above, and (2) attaching all portions of Petitioner's A-File addressing in any manner Petitioner's encounter with immigration authorities in or about June 2024, including any orders or other records relating to Petitioner's release from custody.

IT IS SO ORDERED.

Dated:   **April 29, 2026**                          _____
                                                                     UNITED STATES MAGISTRATE JUDGE

2